UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN MARIE ST. JAMES,

      Plaintiff,

v.

      Case No. 13-10574
      Hon. Gerald E. Rosen
      Magistrate Judge Michael Hluchaniuk

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     March 31, 2014

      PRESENT: Honorable Gerald E. Rosen
                        Chief Judge, United States District Court

      On February 4, 2014, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation ("R & R") recommending that the Court grant in part and deny in part Plaintiff Dawn Marie St. James's motion for summary judgment, grant in part and deny in part the Defendant Commissioner of Social Security's motion for summary judgment, and remand this matter to the Defendant Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and

adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's February 4, 2014 Report and Recommendation (docket #19) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's July 9, 2013 motion for summary judgment (docket #12) is GRANTED IN PART and DENIED IN PART, and that Defendant's November 12, 2013 motion for summary judgment (docket #17) also is GRANTED IN PART and DENIED IN PART. In accordance with these rulings, this case will be remanded to the Defendant Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's R & R.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  March 31, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2014, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135

2